IN RE ORNAN J. KING.

FILED MAY 23, 1911. No. 16,954.

ORIGINAL application for writ of habeas corpus. *Writ denied.*

*John L. Webster* and *Earl D. Babst,* for petitioner.

*Grant G. Martin, Attorney General, George W. Ayres*
and *F. M. Tyrrell, contra.*

REESE, C. J.

Practically the only difference between this case and
*In re Agnew,* p. 306, *post,* is that in this case plaintiff pur-
chased the Uneeda Biscuit of the agent of the manu-
facturer, in this state, after the bundle or package in which
the goods were imported had been broken, when the
smaller units were purchased by plaintiff, exposed for sale
and sold by him at retail. The same principles of law
govern as in the *Agnew* case, and the decision therein is
followed.

The petition is denied, and plaintiff is remanded to the
custody of the sheriff of Lancaster county.

WRIT DENIED.

FAWCETT and ROSE, JJ., not sitting.